**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WINNIE ROSALINE KAN,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-02964

Judge Steven C. Seeger

Magistrate Judge Heather K. McShain

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 22 | XIAONANDEXIAODIANA |
| 24 | zzxxxyyy |
| 25 | lllzzzbbbb |
| 26 | WangWei2032 |
| 27 | ZhengChengJin |
| 28 | kunmingchuangmuguojimaoyiyouxiangongsi |
| 30 | ShouGuangRuiYuanNongYe |
| 32 | ljhjilinghaobaihuoshanghang |
| 33 | qujingliuhuandianzishangwuyouxiangongsi |
| 35 | putianshichengxiangqugandanwangmaoyiyouxiangongsi |
| 39 | kunmingjichenguojishangmaoyouxiangongsi |
| 40 | whwdukaiweishangmaoxing |
| 41 | gjhvbhjgfj |
| 42 | wymmingfabaihuodian |
| 43 | qujinglijuandianzishangwuyouxiangongsi |
| 45 | dfhgstytrj |
| 53 | WUFANDEXIAOIDANAA |
| 58 | Thuswarm |
| 63 | JOCASA |

| 77 | Bastban-us |
|----|------------|
| 82 | Prabhutaratna |
| 84 | Partyboys |

DATED:  June 4, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt