**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WINNIE ROSALINE KAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-02964

Judge Steven C. Seeger

Magistrate Judge Heather K. McShain

# STATUS REPORT

Pursuant to the Court's minute entry order [25], Plaintiff, Winnie Rosaline Kan ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On May 18, 2026, several defendants appeared through counsel [23]. Plaintiff and these defendants have settled. The defendants have been dismissed [24].

Plaintiff filed a motion for entry of default and default judgment [21] on May 7, 2026. As of the time of filing this status report, Plaintiff's motion is unopposed. Plaintiff submitted an updated proposed order to the Court's proposed order inbox on September 28, 2026. The proposed order resolves all of the defendants who remain in the case.

DATED: September 28, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt